# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

155418

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

JAMES MARTIN DELL'ORCO,
      Plaintiff-Appellant,

v

LAURA ANNE DELL'ORCO, a/k/a LAURA
ANN ISOM,
      Defendant-Appellee.

SC: 155418
COA: 329672
Washtenaw CC: 12-000074-DM

_____/

      On order of the Court, the application for leave to appeal the January 24, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017

Clerk

t0913